```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 27998
   PATRICIA J MARSHALL
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6081

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/28/2004 and was confirmed 09/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  46.91%.

     The case was paid in full 09/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID             PAID
--------------------------------------------------------------------------
BANK ONE                  SECURED              .00           .00              .00
ISAC                      UNSECURED            .00           .00              .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED          .00              .00
FAIRLANE CREDIT LLC       UNSECURED        11248.02          .00          5276.56
SPRINT PCS                UNSECURED       NOT FILED          .00              .00
MILTON A TORNHEIM         DEBTOR ATTY      1,194.00                       1,194.00
TOM VAUGHN                TRUSTEE                                           369.47
DEBTOR REFUND             REFUND                                            316.64

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                7,156.67

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                         5,276.56
ADMINISTRATIVE                                    1,194.00
TRUSTEE COMPENSATION                                369.47
DEBTOR REFUND                                       316.64
                       --------------          --------------
TOTALS                 7,156.67                   7,156.67




             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 27998 PATRICIA J MARSHALL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/27/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```